# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LOOP SPINE & SPORTS CENTER, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 2358 |
| | ) | |
| v. | ) | Judge Tharp |
| | ) | Magistrate Judge Cox |
| OPENMED INC. | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Loop Spine & Sports Center, Ltd. respectfully informs the Court that the parties have reached an individual settlement in this matter. Plaintiff anticipates filing a notice of dismissal by November 30, 2020.

                                                        Respectfully submitted,

                                                        s/ Heather Kolbus
                                                        Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, hereby certify that on October 26, 2020, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF system, and to be served via U.S. Mail upon the following:

OpenMed, Inc.
78 SW 7th St., Suite 7114
Miami, FL 33130

                                                   <u>s/ Heather Kolbus</u>
                                                   Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)