**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LOOP SPINE & SPORTS CENTER, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 2358 |
| | ) | |
| v. | ) | Judge Tharp |
| | ) | Magistrate Judge Cox |
| OPENMED INC. | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Loop Spine & Sports Center, Ltd.,

voluntarily dismisses its individual claims against Defendant OpenMed, Inc. with prejudice and

without costs.  Plaintiff Loop Spine & Sports Center, Ltd. voluntarily dismisses its class claims

against Defendant OpenMed, Inc. without prejudice and without costs.  Plaintiff Loop Spine &

Sports Center, Ltd. voluntarily dismisses its claims against John Does 1-10 without prejudice and

without costs.

                                                Respectfully submitted,

                                                s/ Heather Kolbus
                                                Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Heather Kolbus, hereby certify that on December 18, 2020, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF system, and to be served via U.S. Mail upon the following:

Brent A. Friedman – brent@brentfriedman.com
Brent A. Friedman, P.A.
78 SW 7th Street, 5th Floor
Miami, FL  33130

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)